UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacqueline Deniese Mills,  Case No. 21-CV-1335 (SRN/BRT)

    Petitioner,

v.  **ORDER**

Warden M. Starr,

    Respondent.

---

Jacqueline Deniese Mills, Reg. No. 28918-009, FMC - Carswell, Unit CC5, P.O. Box 27137, Fort Worth, TX 76127, *pro se* Petitioner.

Ana H. Voss and Kristen Elise Rau, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, For Respondent.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated August 17, 2022 [Doc. No. 52]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

    1.    The Report and Recommendation [Doc. No. 52] is ADOPTED;

    2.    Petitioner Mills's current habeas corpus petition [Doc. No. 1.] is DENIED;

    3.    Petitioner Mills's pending motions to inform [Doc. Nos. 34, 35, 43] are DENIED as moot; and

    4.    This matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

              BY THE COURT:

Dated: September 6, 2022      s/Susan Richard Nelson
                  SUSAN RICHARD NELSON
                  United States District Judge